

PARTNERSHIP FOR
CHILDREN'S RIGHTS

July 31, 2015

Electronically filed

Steve Pipenger
Special Assistant Corporation Counsel
New York City Law Department
Office of the Corporation Counsel
100 Church St., Room 6-162
New York, NY 10007
Tel. (212) 356-3590
Email: spipenge@law.nyc.gov

   **RE:** *J.L. ex rel. J.R. v. New York City Department Education,*
      15-CV-1200(CBA)(RER) E.D.N.Y.

Dear Mr. Pipenger:

Enclosed please find paper copies of Plaintiff's Notice of Motion and Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment.

Pursuant to Judge Amon's Practice Rule 3.D, my office is responsible for furnishing the Court with a full set of courtesy copies of the parties' motion papers. Therefore, please send me paper copies of your motion papers, which I will furnish to chambers once the motion is fully briefed

              Sincerely,

              */s/*

              Thomas Gray
              Partnership for Children's Rights
              271 Madison Ave, 17th Floor
              New York, NY  10016
              (212) 683-7999 ex. 246
              tgray@pfcr.org

Enclosures

cc:   Hon. Carol Bagley Amon (via ECF) (without enclosures)
      U.S. District Court – E.D.N.Y.
      225 Cadman Plaza East
      Brooklyn, N.Y. 11201

      Hon. Ramon E. Reyes, Jr. (via ECF) (without enclosures)
      U.S. District Court – E.D.N.Y.
      225 Cadman Plaza East
      Brooklyn, N.Y. 11201