

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | STEVE PIPENGER<br>phone: (212) 356-3590<br>fax: (212) 356-2509<br>email:spipenge@law.nyc.gov<br>(not for service) |

September 5, 2015

The Honorable Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    J.L., et al. v. N.Y.C. Dep't. of Educ.
              15-CV-01200 (CBA) (RER)

Dear Judge Amon:

    This office represents the Defendant New York City Department of Education ("Defendant" or "DOE") in the above-referenced action brought pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. §§ 1400 et seq.

    Yesterday, on September 4, 2015, I attempted to submit the attached letter in accordance with Rule 3(D)(1) of Your Honor's rules. However, the ecf site was down, and I was unable to access the site to upload documents until today.

                              Respectfully,

                              /s/ Steve Pipenger

                              Steve Pipenger
                              Special Assistant Corporation Counsel

Encl:   Letter Pursuant to Rule 3(D)(1)
        Dated September 4, 2015

cc:     Thomas Gray
        Counsel for Plaintiff
        (via ecf)