UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
J.L., Individually and on Behalf of and as Parent
of J.R., a Student with a Disability,    **NOTICE OF APPEARANCE**

                Plaintiff,    Docket No.
   -against-    15-CV-1200 (CBA) (RER)

NEW YORK CITY DEPARTMENT    ECF Case
OF EDUCATION,

                Defendant.
----------------------------------------------------------------X

      PLEASE enter the appearance of the undersigned, as an additional attorney on behalf of the Plaintiff in the above-captioned action.

Dated: New York, New York
       July 7, 2016

                              /s
                        ERIN MCCORMACK-HERBERT (EM 6058)
                        Partnership for Children's Rights
                        271 Madison Avenue, 17th Floor
                        New York, NY 10016
                        (212) 683-7999 x 229
                        Fax: (212) 683-5544
                        E-mail: emccormack@pfcr.org