

**PARTNERSHIP FOR CHILDREN'S RIGHTS**

July 18, 2016

The Honorable Carol Bagley Amon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        *Re*:    J.L. ex rel. J.R. v. New York City Department of Education
               15-CV-1200 E.D.N.Y.

Dear Judge Amon:

I am one of the attorneys of record for Plaintiff, J.L., in the above captioned matter. I am writing the Court to request leave to withdraw from the case. I represent Plaintiff as part of my duties at Partnership for Children's Rights ("PFCR"). As my last day of employment at PFCR is this coming Friday, July 22, 2016, I will no longer be able to communicate with the Court on Plaintiff's behalf after that date.

Please know that PFCR is a non-profit legal services organization that does not charge fees to its clients. Therefore, I am not asserting a "retaining or charging lien" in this case (*see* Local Civ. Rule 1.4).

Erin McCormack-Herbert, my colleague at PFCR, has entered an appearance in this case (*see* Docket No. 34) and will be representing Plaintiff before this Court in all future matters. Plaintiff, who is copied on this correspondence, has been informed that Ms. McCormack-Herbert will be representing her in this matter going forward.

Respectfully Submitted,

/s/ Thomas Gray
Thomas Gray
Senior Staff Attorney
Partnership for Children's Rights
271 Madison Ave, 17th Floor
New York, New York 10016

cc:    J\_\_\_\_ L_____
        _____
        Staten Island, N.Y. _____