

**PARTNERSHIP FOR CHILDREN'S RIGHTS**

November 2, 2016

**BY ECF**

Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   J.L. ex rel. J.R. v. New York City Dep't of Educ.
      15-cv-1200 (CBA) (RER)

Dear Judge Amon:

I am counsel for Plaintiff J.L. in the above-referenced matter. I write to follow up on the status of the Court's issuance of an Opinion on the parties' cross-motions for summary judgment.

J.L. brought this action under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1415(i)(2)(A), to seek tuition funding from Defendant New York City Department of Education for her son J.R.'s education for the 2012–2013 school year. The parties cross-moved for summary judgment, and the motion papers were filed with the Court on November 25, 2015 (Docket Nos. 24–29). The Court heard oral argument on the motions on January 6, 2016.

On September 30, 2016, the Court issued an Order granting Plaintiff's motion for summary judgment and denying Defendant's motion (9/30/16 Docket Entry referencing Docket Nos. 24 and 27). As the Order stated that an Opinion was to follow, I write to follow up on the status of the Opinion. The Opinion and the Court's Judgment are needed for the relief requested by Plaintiff to be effectuated and for the case to be brought to a final conclusion.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Erin McCormack-Herbert*

Erin McCormack-Herbert
Attorney for Plaintiff

cc:   Lesley Berson Mbaye, Counsel for Defendant (by ECF)