UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
J.L., Individually and on Behalf of and as           JUDGMENT
Parent of J.R., a Student with a Disability,           15-CV- 1200 (CBA)

                Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
----------------------------------------------------------X

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 22, 2016, granting Plaintiff's motion for summary judgment; denying Defendant's motion for summary judgment; directing New York City Department of Education to reimburse J.L. for J.R.'s tuition expenses at Mary McDowell Friends School during the 2012-2013 school year; ordering that reimbursement should be supplied directly to Mary McDowell Friends School; and directing the Clerk of Court to close the case; it is

        ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is granted; that Defendant's motion for summary judgment is denied; that New York City Department of Education is directed to reimburse J.L. for J.R.'s tuition expenses at Mary McDowell Friends School during the 2012-2013 school year; and that reimbursement should be supplied directly to Mary McDowell Friends School; and that the case is closed.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       November 30, 2016 | Douglas C. Palmer<br>Clerk of Court |
| | by:    */s/ Janet Hamilton*<br>       Deputy Clerk |